1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
7

FILED

2008 APR -8  **ORIGINAL**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J

**E-FILING**

8                  **UNITED STATES DISTRICT COURT**
                            **FOR THE**
9           **NORTHERN DISTRICT OF CALIFORNIA**

10                                          **C08    01869**

   **J & J SPORTS PRODUCTIONS, INC.,**     Case No. _____
11                                                                    **PVT**
                **Plaintiff,**
12                                          **CERTIFICATION AS TO**
                                            **INTERESTED PARTIES**
13                  **vs.**

14  **AMALIA FUENTES, INDIVIDUALLY**
15  **and d/b/a LAS FUENTES RESTAURANT,**

16                **Defendants.**

17

18      The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the

19  following listed parties have a direct, pecuniary interest in the outcome of this case.   These

20  representations are made to enable the Court to evaluate possible disqualification or recusal.

21  **PARTIES**

22  *Plaintiff, J & J Sports Productions, Inc.*
    c/o Law Offices of Thomas P. Riley, P.C.
23  Attention: Thomas P. Riley
    First Library Square
24  1114 Fremont Avenue
25  South Pasadena, CA 91030-3227

26  Telephone: (626) 799-9797
27  Facsimile:  (626) 799-9795

28

**Defendant,** Amalia Fuentes, individually and d/b/a Las Fuentes Restaurant

163 W. Alma Avenue,
San Jose, CA 95110

Dated: 4/7/08

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///