|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

**J & J SPORTS PRODUCTIONS,**         C 08-1869 PVT

**Plaintiff(s),**         **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**VS.**

**AMALIA FUENTES,**

**Defendant(s).**

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 29, 2008 before Magistrate Judge Patricia V. Trumbull has been continued to **August 25, 2008 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before August 11, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: April 25, 2008                                    RICHARD W. WIEKING,
                                                                         Clerk of Court
                                                                         /s/ Corinne Lew
                                                                         _____
                                                                         Corinne Lew
                                                                         Deputy Clerk