| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>LAS FUENTES 4/9/05 | |
| ATTORNEY FOR (Name):   PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
FUENTES

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | C081869PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

    SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DIST. OF CALIF.; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES

3. a. Party served:    AMALIA FUENTES, INDIVIDUALLY AND D/B/A LAS FUENTES RESTAURANT

4. Address where the party was served:   3662 WAYCROSS ROAD, APT 512
       (Residence)                       SAN JOSE, CA  95121

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   May 7, 2008 at: 09:10 pm
       under the following Code of Civil Procedure section :
            SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
    a. M. WEEKER
    b. ABSOLUTE SERVICE OF LOS ANGELES
       1301 WEST SECOND STREET, SUITE 204
       LOS ANGELES, CA 90026
    c. (213) 481-7334

    d. The fee for service was:  $80.00
    e. I am: (3) registered process server.
            (i) independent contractor
            (ii) Registration No.: 617
            (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07    PROOF OF SERVICE    10014-1/asgenp

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 08-1869 PVT

V.

Amalia Fuentes, individually and d/b/a Las Fuentes Restaurant

TO:

Amalia Fuentes
163 W. Alma Avenue
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

APR 1 5 2008
DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ..................................................................
................................................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
    Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.